IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JACKIE MCLEOD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 1:09cv714-ID |
| ) | |
| GRANTT CULLIVER, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**OPINION and ORDER**

On May 23, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and the petition for writ of habeas corpus be and is hereby DENIED as the claims therein entitle him to no relief. It is further

ORDERED that this case be and is hereby DENIED with prejudice.

Done this the 13th day of June 2011.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE